**The Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EDMOND JOSEPH McNEAL,<br><br>    Defendant/Judgment Debtor,<br><br>  and<br><br>CAREER PATHS NW, LLC,<br><br>    Garnishee. | NO. 2:17-MC-00028-RSL<br><br>(2:02-CR-00246-MJP-1)<br><br>**Agreed Continuing Garnishee Order** |

A Writ of Continuing Garnishment directed to Garnishee, Career Paths NW, LLC, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Career Paths NW, LLC, filed its Answer on April 28, 2017, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Edmond Joseph McNeal (Mr. McNeal) was an active employee who was paid monthly.

After notification of the garnishment proceeding was mailed to the parties on or about April 18, 2017, the Defendant/Judgment Debtor has not

AGREED CONTINUING GARNISHEE ORDER
(*USA v. Edmond Joseph McNeal & Career Paths NW, LLC,*
**2:17-MC-00028-RSL / 2:02-CR-00246-MJP-1) - 1**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

requested a hearing to determine exempt property as of this date. On May 15, 2017, the United States filed an Agreed Motion to Issue Continuing Garnishee Order, stating that it had agreed with Mr. McNeal to request a reduced garnishment rate of 15 percent of his disposable earnings at Garnishee Career Paths NW, LLC. The United States attached a Proposed Agreed Continuing Garnishee Order to that effect, jointly presented with Mr. McNeal and bearing his signature.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Career Paths NW, LLC, shall pay to the United States District Court for the Western District of Washington, all non-exempt earnings payable to Mr. McNeal, that it has previously withheld pursuant to the Writ of Garnishment;

That from this date forward, Garnishee Career Paths NW, LLC, shall pay to the United States District Court for the Western District of Washington, 15 percent of the disposable earnings, less the amount withheld for child support, payable to Mr. McNeal upon each period of time when Mr. McNeal is entitled to receive such funds, and shall continue said payments, if any, until Mr. McNeal's debt is paid in full or until he is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody or control of any funds due and owing to Mr. McNeal or until further order of this Court;

That such payments shall be applied to Mr. McNeal's outstanding obligation, by the United States District Court for the Western District of Washington; and

**AGREED CONTINUING GARNISHEE ORDER**
(*USA v. Edmond Joseph McNeal & Career Paths NW, LLC,*
**2:17-MC-00028-RSL / 2:02-CR-00246-MJP-1) - 2**

**UNITED STATES ATTORNEY'S OFFICE**
**700 STEWART STREET, SUITE 5220**
**SEATTLE, WA 98101**
**PHONE: 206-553-7970**

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:02-CR-00246-MJP-1 and 2:17-MC-00028-RSL, and delivered either personally or by First Class Mail to:

>United States District Court, Western District of Washington
>Attn: Financial Clerk – Lobby Level
>700 Stewart Street
>Seattle, Washington 98101.

DATED this 1st day of June, 2017.

*/s/ S Lasnik*
ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

_____
EDMOND JOSEPH McNEAL
Defendant/Judgment Debtor

**AGREED CONTINUING GARNISHEE ORDER**
(*USA v. Edmond Joseph McNeal & Career Paths NW, LLC,*
**2:17-MC-00028-RSL / 2:02-CR-00246-MJP-1) - 3**

**UNITED STATES ATTORNEY'S OFFICE**
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970